UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jermaine Tyrone Belcher                                      Docket No. 2:10-CR-12-1H

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Tyrone Belcher, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 14, 2010, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On November 10, 2014, pursuant to 18 U.S.C. § 3582(c)(2) of the Federal Rules of Criminal Procedure, the defendant's sentence of imprisonment was reduced to 49 months.

Jermaine Tyrone Belcher was released from custody on October 30, 2015, at which time the term of supervised release commenced. On January 12, 2017, a Petition for Action on Supervised Release was filed modifying the conditions of supervision to add the DROPS condition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 19, 2019, the defendant submitted a urine sample which tested positive for the use of marijuana. Belcher readily admitted to using the illegal substance, accepted responsibility for his actions, and signed a written admission. The defendant was verbally reprimanded and the matter was addressed with Cognitive Behavioral Intervention. Furthermore, Belcher has been scheduled for a substance abuse assessment and the frequency of drug testing will be increased.

It was previously ordered that the defendant be subject to the DROPS program as a condition of supervision. However, the lack of available facilities for Belcher to complete this sanction and his lack of transportation pose a significant hardship on the defendant. Therefore, it is respectfully requested that the DROPS sanction be stricken from the conditions of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The DROPS sanction is hereby removed from the conditions of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

**Jermaine Tyrone Belcher**
**Docket No. 2:10-CR-12-1H**
**Petition For Action**
**Page 2**

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: December 27, 2019

## ORDER OF THE COURT

Considered and ordered this ⎯⎯7th⎯⎯ day of ⎯⎯January⎯⎯, 2020, and ordered filed and made a part of the records in the above case.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Malcolm J. Howard
Senior U.S. District Judge